FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02319-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLIFFORD N. WOODS,

    Plaintiff,

v.

NO DEFENDANTS NAMED,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a document titled "Notice of Intent to Sue the Federal Court..." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or

|      |   | habeas application |
|------|---|---|
| (9)  | _ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application:**

| (11) | X | is not submitted |
|------|---|---|
| (12) | _ | is not on proper form (must use the court's current form) |
| (13) | _ | is missing an original signature by the prisoner |
| (14) | _ | is missing page nos. ___ |
| (15) | _ | uses et al. instead of listing all parties in caption |
| (16) | _ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | _ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | _ | names in caption do not match names in text |
| (19) | _ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 13th day of September, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02319-BNB

Clifford N Woods
Prisoner No. 1000022315
El Paso Criminal Justice Center
2739 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 13, 2011.

                               GREGORY C. LANGHAM, CLERK

                        By: _____
                                  Deputy Clerk