IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02319-BNB

CLIFFORD A. WOODS,

      Plaintiff,

v.

EL PASO COUNTY PROGRAMS,
JANIT KING, and
FRAN LA PAGE,

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Clifford A. Woods, currently is detained at the El Paso County Jail in Colorado Springs, Colorado.  Mr. Woods, acting *pro se*, filed a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland granted the § 1915 Motion on October 3, 2011.

      Magistrate Judge Boland directed Mr. Woods to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $7.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement.  The October 3 Order warns Mr. Woods that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Woods has failed to communicate with the Court.  As a result, he has not paid the initial partial filing fee within the time allowed or, in the alternative, shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for Mr. Woods' failure either to pay a $7.00 initial partial filing fee or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __8th__ day of __November_____, 2011.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court